

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00349-CV

**IN THE INTEREST OF C.D.**, a Child

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 13-08-21978-CV
The Honorable Cathy O. Morris, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Counsel's motion to withdraw is GRANTED.

SIGNED October 22, 2014.

_____
Rebeca C. Martinez, Justice